IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 6 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-cv-0156-RPM-BNB

GLADYS ANTONIO,

    Plaintiff,

v.

THE SYGMA NETWORK, INC., a Delaware corporation; and
SYSCO CORPORATION, Delaware corporation,

    Defendants.

## ORDER FOR COST BOND FOR APPEAL

Upon consideration of Plaintiff's Motion for Leave to Submit Cost Bond for Appeal, the Court GRANTS the Motion. The tendered payment in the amount of $3,820.00, being the amount of the costs taxed in this matter on July 27, 2005, is accepted and ordered deposited into the Registry of the Court.

Done this 6th day of Sept, 2005.

BY THE COURT

_____
Senior United States District Judge